# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**TITLE PIPE, INC.,**<br><br>                        **Debtor.** | **Bankruptcy Case<br>No. 22-00328-JMM**<br><br>**Chapter 11, Subchapter V** |

### NOTICE OF TELEPHONIC HEARING (CHAPTER 11, SUBCHAPTER V STATUS CONFERENCE), AND ORDER

On July 26, 2022, Title Pipe, Inc. ("Debtor") filed a petition under chapter 11, subchapter V of the Bankruptcy Code.  Doc. No. 1.

Therefore, pursuant to 11 U.S.C. § 1188:

NOTICE IS HEREBY GIVEN that a telephonic status conference is scheduled for **Wednesday, September 7, 2022**, at **10:00 a.m.** Mountain time.  The parties shall call into the number below *at least ten (10) minutes prior* to the start of the hearing.  The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called.  Once you are finished with your case, you may hang up.

The conference call information is as follows:

Judge Meier's Conference Number: 1-669-254-5252

Access Code: 160 093 0120

Further:

NOTICE OF HEARING, AND ORDER - 1

IT IS HEREBY ORDERED that:

1. Debtor shall file a pre-status conference report as *required* by 11 U.S.C.

   § 1188(c) no later than <u>August 24, 2022</u>.

2. At the September 7, 2022 status conference, Debtor shall be prepared to

   address, at a minimum, the following issues:

   a. The efforts Debtor has taken and will undertake to attain a consensual plan of reorganization.

   b. Whether Debtor anticipates a "cramdown" of any secured interest(s).

   c. The time period Debtor anticipates it will commit to pay its disposable income to creditors under a plan.

   d. The estimated amount of disposable income Debtor anticipates it will distribute to creditors over the life of the plan and the source of such income.

   e. The results of Debtor's liquidation analysis.

   f. Whether Debtor believes it will file a plan within 90 days as required by 11 U.S.C. § 1189(b).

   g. Whether Debtor believes this is a case that will require a separate disclosure statement.

   h. A possible date, location, and time when the confirmation hearing will be held.

   i. A date to be fixed as the last day claim holders may accept or reject the plan.  Unless otherwise agreed at the status conference, the date shall be 7 days prior to the confirmation hearing.

   j. A date to be fixed as the last day for filing and serving written objections to confirmation of the plan.  Unless otherwise agreed at the status conference, the date shall be 7 days prior to the confirmation hearing.

3. Within 7 days of filing the plan, Debtor shall submit to the Court a proposed

   order and notice of confirmation hearing which complies with LBR 3018.1 and

   establishes the confirmation hearing date, location, and time; the last day to

object to the plan; and the last day to submit ballots consistent with the discussions held during the status conference.  Such proposed order/notice must be approved as to form by the subchapter V Trustee, the United States Trustee, and any other party the Court may specify during the status conference.

4.  Within 3 days of the Court entering the order/notice referenced in paragraph 3, or within a different time period if established at the status conference and referenced in the order/notice, Debtor shall serve such order/notice, a copy of the plan, and a ballot[1] on all parties in interest, the United States Trustee, and the subchapter V Trustee and file a certificate in the record reflecting such service.

DATED:  July 28, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

---

[1] All ballots mailed with the plan shall conform to official Form 314.

NOTICE OF HEARING, AND ORDER - 3