**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Phone:  208.888.9111
Fax:    208.888.5130
Idaho State Bar No. 6975
E-mail: pgeile@foleyfreeman.com

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**TITLE PIPE, INC.,**<br><br>　　　　　Debtor. | Case No. 22-00328-JMM<br><br>Chapter 11<br><br>**PRE-STATUS CONFERENCE REPORT** |

COMES NOW, the Debtor, TITLE PIPE, INC., by and through its attorney, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby files the Pre-Status Report pursuant to 11 U.S.C. § 1188(c).

1.　　　　The Debtor, by and through its counsel, has contacted both the Trustee, Matthew W. Grimshaw, and counsel for Ventive LLC, Brent R. Wilson to determine whether or not the parties can agree to a plan that is acceptable to Ventive LLC.

2.　　　　Debtor has not contacted any other Creditors in this matter, and at this point, the Debtor believes that if Ventive LLC will agree to plan payments, the other Creditors would follow.

3.　　　　It is too early, in this case, to determine whether or not the Debtor and Ventive LLC are agreeable to a liquidation value of the debt that could be paid through a plan,

PRE-STATUS CONFERENCE REPORT- 1

although, both parties at this point in good faith have made efforts to meet and confer on that point.

DATED this 1st day of September, 2022.

FOLEY FREEMAN, PLLC

/s/ Patrick J. Geile
Patrick J. Geile
Attorney for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of September, 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | __X__ | CM/ECF Notice |
| Matthew W. Grimshaw<br>Grimshaw Law Group, P.C.<br>Subchapter V Trustee<br>matt@grimshawlawgroup.com | __X__ | CM/ECF Notice |
| Andrew Seth Jorgensen<br>United States Trustee Office<br>andrew.jorgensen@usdoj.gov | __X__ | CM/ECF Notice |
| Steven Wieland<br>Mooney Wieland<br>steven.wieland.service@mooneywieland.com | __X__ | CM/ECF Notice |
| Brent R. Wilson<br>Hawley Troxell Ennis & Hawley, LLP<br>bwilson@hawleytroxell.com | __X__ | CM/ECF Notice |

/s/ Patrick J. Geile
Patrick J. Geile

PRE-STATUS CONFERENCE REPORT- 2