**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| **In re:** | **Case No. 22-00328-JMM** |
| **TITLE PIPE, INC.,** | **Chapter 11** |
| **Debtor.** | **ORDER ON CONFIRMATION HEARING AND NOTICE OF DEADLINES TO OBJECT AND FILE BALLOTS** |

PLEASE TAKE NOTICE that the Confirmation Hearing on the Debtor's First Subchapter V - Debtor's Plan of Reorganization or Liquidation, ("Plan") is scheduled for the **7th day of December 2022, and 8th day of December 2022, at 9:00 a.m.** or as soon thereafter as counsel can be heard before the Honorable Joseph M. Meier in the courtroom of the above-entitled Court located at 550 W. Fort Street, 5th Floor, Boise, Idaho.  Based on the stipulation and finding cause exists under Bankruptcy Rule 9006 to shorten time for objections to the Debtor's Plan, to comply with the deadlines set forth at the September 7, 2022 status conference it is hereby ordered:

1. That the deadline to file objections to confirmation of the Plan is **November 23, 2022**.

2. That the deadline to exchange Witness Lists is **November 23, 2022**.

3. That the deadline to cast a Ballot is **December 2, 2022**.

4. *You should have received a copy of the Plan with this Order.* A copy of the Plan is *also* available from Counsel for the Debtor by an email request to pgeile@foleyfreeman.com.  You can view the Plan and all the pleadings on file at any

Federal Courthouse *in the District of Idaho*, as well as online via the District of Idaho's Electronic Court Filing ("ECF") website located at https://ecf.idb.uscourts.gov/ or the Public Access to Court Electronic Records ("PACER") website at http://www.pacer.gov.



DATED:  November 2, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court modified the proposed order by inserting the language in *italics* and by deleting the last sentence of the proposed order.

Submitted by: Patrick J. Geile, attorney for Debtor

**APPROVED AS TO CONTENT**

/s/ Brent T. Wilson_____
Brent T. Wilson, Attorney for Creditor, Ventive, LLC

/s/ Andrew S. Jorgensen_____
Andrew S. Jorgensen, Attorney for United States Trustee

/s/ Matthew W. Grimshaw_____
Matthew W. Grimshaw, Trustee