**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, Idaho 83680**
**Phone:   208.888.9111**
**Fax:      208.888.5130**
**Idaho State Bar No. 6975**
**Email: pgeile@foleyfreeman.com**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 22-00328-JMM |
|---|---|
| **TITLE PIPE, INC.,** | Chapter 11 |
| Debtor. | **STIPULATION FOR ORDER ALLOWING REMOTE TESTIMONY OF EXPERT WITNESSES** |

COMES NOW, the Debtor, Title Pipe, Inc., ("Title Pipe"), by and through its attorney, Patrick J. Geile of the firm Foley Freeman, PLLC, and Creditor, Ventive, LLC, ("Ventive") by and through its attorney, Brent R Wilson of Hawley Troxell Ennis & Hawley LLP, and hereby stipulate that if either party calls an Expert Witness to testify in this matter, that they may appear remotely via Zoom.

The basis of the agreement is it will save both parties the expense of travel and substantial time for each expert.  Both parties have disclosed experts to testify regarding valuation of the Debtor and/or its property

The parties shall be responsible for providing the Expert Witnesses with all of the material necessary to testify.

**STIPULATION FOR ORDER ALLOWING REMOTE TESTIMONY OF EXPERT WITNESSES - 1**

DATED this 5th day of December, 2022.                    DATED this 5th day of December, 2022.

Foley Freeman, PLLC                                      Hawley Troxell Ennis & Hawley LLP

/s/ Patrick J. Geile                                     /s/ Brent R. Wilson
Patrick J. Geile, Attorney for Debtor                    Brent R. Wilson, Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of December, 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | _X_ | CM/ECF Notice |
| Matthew W. Grimshaw<br>Grimshaw Law Group, P.C.<br>Subchapter V Trustee<br>matt@grimshawlawgroup.com | _X_ | CM/ECF Notice |
| Andrew Seth Jorgensen<br>United States Trustee Office<br>andrew.jorgensen@usdoj.gov | _X_ | CM/ECF Notice |
| Steven Wieland<br>Mooney Wieland<br>steven.wieland.service@mooneywieland.com | _X_ | CM/ECF Notice |
| Brent R. Wilson<br>Hawley Troxell Ennis & Hawley, LLP<br>bwilson@hawleytroxell.com | _X_ | CM/ECF Notice |

/s/ Patrick J. Geile
Patrick J. Geile

**STIPULATION FOR ORDER ALLOWING REMOTE TESTIMONY OF EXPERT WITNESSES - 2**