Patrick J. Geile
**FOLEY FREEMAN, PLLC**
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Phone: (208) 888-9111
Fax: (208) 888-5130
Idaho State Bar No. 6975
E-Mail: pgeile@foleyfreeman.com

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. |
|---|---|
| **TITLE PIPE, INC.,** | Chapter 11 |
| Debtor. | **VERIFIED STATEMENT OF ALLIE E. SCHIEBOUT** |

STATE OF IDAHO    )
                  ):ss
County of Ada     )

Pursuant to F.R.B.P. 2014, the undersigned, Allie E. Schiebout, deposes and says:

1. <u>Procedure.</u>  Foley Freeman, PLLC filed its Application to Approve Employment of Foley Freeman, PLLC as Counsel for the Debtor, Docket No. 6, on July 26, 2022.

2. <u>Name and address.</u>  That the undersigned counsel is licensed in the state of Idaho and has provided the following information to the Debtor in this case:

    a. Name:  Allie E. Schiebout
    b. Name of Firm:  Foley Freeman, PLLC
    c. Address: 953 S. Industry Way Meridian, ID 83642
    d. Phone number: (208) 888-9111
    e. Hourly Rate: $200
    f. Years of Experience: 2.5 months

3. <u>Employment and Compensation.</u> That counsel understands that her employment by the Debtor is subject to Bankruptcy Court approval. Thus, counsel agrees to keep a general diary or

**VERIFIED STATEMENT OF ALLIE E. SCHIEBOUT - 1**

ledger as to counsel's activities, services rendered, and costs incurred in performing its professional legal services. Counsel further acknowledges that she cannot charge or accept any compensation other than that stated in the application for employment unless the U.S. Bankruptcy Court specifically approves of the charge or modification in an order executed prior to imposition of such charge or receipt of such compensation.

4. *Disinterested Person.* That to the best of counsel's knowledge and belief, counsel has no connection with the Debtor, with any creditors of the bankruptcy estate, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee in relation to this bankruptcy proceeding.

5. *Verification by Counsel.* I do not have any other connection to the Debtor, Creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. I am not a creditor, equity security holder or insider, am not and was not within last two years before the filing of the petition a director, officer, or employee or the debtor, and do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, or connection with, or interest in, the debtor or for any other reason.

DATED this 15th day of December, 2022.

_____
Allie E. Schiebout
Associate Attorney at Foley Freeman, PLLC

SUBSCRIBED AND SWORN to before me this 15 day of December, 2022.



_____
Notary Public for Idaho
Residing at Kuna

**VERIFIED STATEMENT OF ALLIE E. SCHIEBOUT - 2**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of December, 2022, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | _X_ | CM/ECF Notice |
| Matthew W. Grimshaw<br>Grimshaw Law Group, P.C.<br>Subchapter V Trustee<br>matt@grimshawlawgroup.com | _X_ | CM/ECF Notice |
| Andrew Seth Jorgensen<br>United States Trustee Office<br>andrew.jorgensen@usdoj.gov | _X_ | CM/ECF Notice |
| Steven Wieland<br>Mooney Wieland<br>steven.wieland.service@mooneywieland.com | _X_ | CM/ECF Notice |
| Brent R. Wilson<br>Hawley Troxell Ennis & Hawley, LLP<br>bwilson@hawleytroxell.com | _X_ | CM/ECF Notice |
| Amber Nicole Dina<br>Givens Pursley LLP<br>amberdina@givenspursley.com | _X_ | CM/ECF Notice |

/s/ Patrick J. Geile
Patrick J. Geile

**VERIFIED STATEMENT OF ALLIE E. SCHIEBOUT - 3**