Patrick J. Geile
FOLEY FREEMAN, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680
Phone:   208.888.9111
Fax:     208.888.5130
Idaho State Bar No. 6975
E-mail: pgeile@foleyfreeman.com

**Attorney for Debtor**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>**TITLE PIPE, INC.,**<br><br>        Debtor. | Case No. 22-00328-JMM<br><br>Chapter 11<br><br>**DEBTOR'S APPLICATION TO COMPENSATE EXPERT** |

---

**Notice of Application to Compensate Expert, Michael A. Tobiason, and Opportunity to Object and for a Hearing**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party of interest files an objection within 21 days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is not opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW, the Debtor, TITLE PIPE, INC., by and through its attorney, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby files this Application to Compensate Expert.

**DEBTOR'S APPLICATION TO COMPENSATE EXPERT - 1**

1. Pursuant to 11 U.S.C. § 330, the undersigned in support of this application for compensation represents to the Court as follows:

2. Michael A. Tobiason ("Expert") has been employed by the Debtor in the above-entitled case.

3. Expert has not acquired an interest directly or indirectly in any property of the estate.

4. Expert requests compensation in the amount of **$8,375.00**. No reimbursement for expenses is requested.

5. Attached hereto as **Exhibit A** is a detailed statement in support of this application setting forth the date services were provided, a description of services provided, and time expended providing said services.

DATED this 31st day of December, 2022.

FOLEY FREEMAN, PLLC

/s/ Patrick J. Geile_____
Patrick J. Geile
Attorney for Debtor

**DEBTOR'S APPLICATION TO COMPENSATE EXPERT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December, 2022, I caused to be served a true and correct copy of the foregoing documents by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | __X__ | CM/ECF Notice |
| Matthew W. Grimshaw<br>Grimshaw Law Group, P.C.<br>Subchapter V Trustee<br>matt@grimshawlawgroup.com | __X__ | CM/ECF Notice |
| Andrew Seth Jorgensen<br>United States Trustee Office<br>andrew.jorgensen@usdoj.gov | __X__ | CM/ECF Notice |
| Steven Wieland<br>Mooney Wieland<br>steven.wieland.service@mooneywieland.com | __X__ | CM/ECF Notice |
| Brent R. Wilson<br>Hawley Troxell Ennis & Hawley, LLP<br>bwilson@hawleytroxell.com | __X__ | CM/ECF Notice |
| Amber Nicole Dina<br>Givens Pursley LLP<br>amberdina@givenspursley.com | __X__ | CM/ECF Notice |
| Michael A. Tobiason, CPA/ABV<br>2470 W. Horizon Ridge Pkwy. #120<br>Henderson, NV 89052 | __X__ | Mailed |
| Attachment A | __X__ | Mailed |

/s/ Patrick J. Geile
Patrick J. Geile

**DEBTOR'S APPLICATION TO COMPENSATE EXPERT - 3**

# ATTACHMENT A

Ventive LLC
121 N. 9th St.
Suite 101
Boise, ID 83702-5822

Brian Burnett
1125 W. Two Rivers Ln.
Eagle, ID 83616-7129

Givens Pursley LLP
c/o Amber Dina
601 W. Bannock St.
Boise, ID 83702-5919

Mark A. Rodeghiero
141 N. Palmetto Ave #1788  Eagle,
ID 83616-8072

Perkins Coie
1201 Third Avenue, Ste 4900
Seattle, WA 98101-3095

Timothy Williams
405 Brookside Dr. E
Bryan, TX 77801-3702

Zimmerman IP Services
910 Woods Drive
Hartland, WI 53029-2900

Givens Pursley LLP
601 W. Bannock
P.O. Box 2720
Boise, ID 83701-2720

Boise
U.S. Bankruptcy Court, Suite 400
550 West Fort Street
Boise, ID 83724-0101

DD Opportunities
405 Brooside Dr.
Bryan, TX 77801

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

Mooney Wieland Attorneys
512 W. Idaho St. , Ste. 103
Boise, ID 83702-5908

SQ Factory
Carkop Investment Company
917 West Las Olas Blvd
Fort Lauderdale, FL 33312-7150

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Title Pipe, Inc.
141 N. Palmetto Avenue #1788
Eagle, ID 83616-8072

Adam Gislason
121 N 9th St, Ste 101
Boise, ID 83702-5822

Idaho State Tax Commission
Bankruptcy Division
PO BOX 36
Boise, ID 83722-0036

Nicey, Inc
520 SE 5th Ave #2503
Fort Lauderdale, FL 33301-2957

The Coble Company
1701 Broadway
Boise, ID 83706-3895

Zackary Morris
515 Williams
Mountain Home, ID 83647

Matthew W Grinshaw
Grinshaw Law Group, P.C.
800 W. Main Street, Ste. 1460
Boise, ID 83702-5983

Cheryl M. Guiddy
Harris CPAs
1120 S Rackham Way, Ste 100
Meridian, ID 83642-8424

**DEBTOR'S APPLICATION TO COMPENSATE EXPERT - 4**

# Invoice

**AZADA CPA**
2470 W Horizon Ridge Pkwy Ste. 120
Henderson, NV  89052 US
(702) 216-1010
mike@azadacpa.com
www.azadacpacom



**BILL TO**
Title Pipe, Inc.
953 S Industry Way
Meridian, ID  83642

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4537 | 12/08/2022 | $8,375.00 | 12/08/2022 | Due on receipt | |

**CLIENT MANAGER**
Mike Tobiason

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/23/2022 | Business Valuation | Download tax returns and QB datafile.  Restore files, review and analyze. Discuss business with Mark. | 0.50 | 250.00 | 125.00 |
| 11/23/2022 | Business Valuation | Discuss business w/ Mark. | 0.50 | 250.00 | 125.00 |
| 11/23/2022 | Business Valuation | Restore files, review and analyze | 0.75 | 250.00 | 187.50 |
| 11/29/2022 | Business Valuation | Detail review of tax returns and fnancial statments. | 1.75 | 250.00 | 437.50 |
| 11/29/2022 | Business Valuation | Analyze assets, liabilities and results of operations for 2018 through 2022. | 2 | 250.00 | 500.00 |
| 11/29/2022 | Business Valuation | Download and review industry data | 0.75 | 250.00 | 187.50 |
| 11/29/2022 | Business Valuation | Perform market transaction search (DealStats)and analyze results for comparable transactions | 1.25 | 250.00 | 312.50 |
| 11/29/2022 | Business Valuation | Enter financial data into valuation analysis schedules. | 1.50 | 250.00 | 375.00 |
| 11/29/2022 | Business Valuation | Valuation report drafting | 1.50 | 250.00 | 375.00 |
| 11/30/2022 | Business Valuation | Perform valuation analysis and document in valuation schedules | 1.50 | 250.00 | 375.00 |
| 11/30/2022 | Business Valuation | Valuation report drafting | 1.25 | 250.00 | 312.50 |
| 12/01/2022 | Business Valuation | Valuation report drafting | 3.25 | 250.00 | 812.50 |
| 12/01/2022 | Business Valuation | Review 60-month projections provided by Title Pipe | 1.25 | 250.00 | 312.50 |
| 12/01/2022 | Business Valuation | Extend out the 60-month projections through November 30, 2031, for purposes of discounted cash flow model | 2.25 | 250.00 | 562.50 |

EXHIBIT A

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 12/02/2022 | Business Valuation | Valuation report drafting | 3.50 | 250.00 | 875.00 |
| 12/03/2022 | Business Valuation | Update forecasted results of operations. through November 30, 2031 following conversations with Mark.  Complete valuation analysis and finalize report draft. | 2.25 | 250.00 | 562.50 |
| 12/03/2022 | Business Valuation | Valuation report drafting | 2 | 250.00 | 500.00 |
| 12/05/2022 | Business Valuation | Final review, signature and issuance of valuation report for Title Pipe as of October 31, 2022. | 1.25 | 250.00 | 312.50 |
| 12/06/2022 | Business Valuation | PC w/ Patrick Geile...trial preparation and review of report. Download trail exhibits. | 1.50 | 250.00 | 375.00 |
| 12/06/2022 | Business Valuation | Download and review trial exhibits | 1.25 | 250.00 | 312.50 |
| 12/07/2022 | Business Valuation | Attendance at and testifying in the Chapter 11 proceeding for Title Pipe, Inc. | 1.75 | 250.00 | 437.50 |

BALANCE DUE   $8,375.00